# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

United States of America
v.
DALE GANAWAY LUCAS, JR.

Case No: 05-04039-01-CR-C-ODS
USM No: 18248-045

Date of Original Judgment: 09/25/2006
Date of Previous Amended Judgment: 03/13/2009
*(Use Date of Last Amended Judgment if Any)*

STEVE MOSS, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  110  months **is reduced to**  92 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/25/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011

s/ Nanette K. Laughrey
*Judge's signature*

Effective Date:
*(if different from order date)*

NANETTE LAUGHREY, United States District Judge
*Printed name and title*